**Order entered February 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00848-CR

**ISSAAC MATTHEW JIMENEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F17-75313-X**

## ORDER
Before Justices Myers, Whitehill, and Pedersen

This case was submitted on February 18, 2020 after appellate counsel Sharita Blacknall filed an *Anders* brief. An *Anders* brief is a brief filed in support of an appointed attorney's motion to withdraw from an appeal that the attorney has concluded, after conscientious examination of the entire record, is a frivolous appeal. *Anders v. California*, 386 U.S. 738, 744 (1967). After reviewing the record and the brief on file in this appeal, the Court has concerns about appellate counsel's decision to file an *Anders* brief. Therefore, we have decided to hear argument from the parties in this appeal.

We **DIRECT** the Clerk to remove this case from the February 18, 2020 submission docket.

The above cause is now set for submission **with oral argument** on March 26, 2020 at 1:00 p.m. in the Court of Appeals, Fifth District of Texas at Dallas, in its courtroom on the second floor of the George L. Allen, Sr. Courts Building located at 600 Commerce Street, Dallas, Texas 75202. The panel hearing the case will consist of Justice Myers, Justice Whitehill, and Justice Pedersen, subject to change by the Court. The parties are advised that although argument is typically limited to twenty minutes to each side with a five-minute rejoinder for appellant, the Court may suspend those time limitations to meet its needs in this case.

Appellate counsel Sharita Blacknall has twenty-four criminal appeals currently pending before the Court. Ms. Blacknall filed a brief on the merits in one case and has not yet filed a brief in four appeals. In the remaining appeals, Ms. Blacknall has filed *Anders* briefs. These include:

| | | |
|---|---|---|
| 05-18-00391-CR | Frank Paul Celaya v. State | Possession contr. subst. |
| 05-18-00848-CR | Issaac Matthew Jimenez v. State | Agg. sexual assault child |
| 05-19-00053-CR | Jimmy Earl Shelly v. State | Agg. sexual assault child |
| 05-19-00054-CR | Jimmy Earl Shelly v. State | Cont. sexual abuse child |
| 05-19-00138-CR | Joseph Glen Robinson v. State | Agg. robbery deadly weapon |
| 05-19-00139-CR | Joseph Glen Robinson v. State | Agg. robbery deadly weapon |
| 05-19-00140-CR | Joseph Glen Robinson v. State | Agg. robbery deadly weapon |
| 05-19-00141-CR | Joseph Glen Robinson v. State | Agg. robbery deadly weapon |
| 05-19-00178-CR | Tradareon Jamel Choice v. State | Murder |
| 05-19-00194-CR | Edward Lamar Porter v. State | Agg. robbery |
| 05-19-00212-CR | Lavar Devon Taylor v. State | Agg. assault deadly weapon |
| 05-19-00463-CR | Gerald Munoz Montano v. State | Eng. org. crim. act. murder |
| 05-19-00710-CR | John Francis Walsh III v. State | Agg. sexual assault |
| 05-19-00785-CR | Cesar Navarro v. State | Agg. sexual assault child |
| 05-19-00887-CR | James Jackson v. State | Robbery |
| 05-19-00888-CR | James Jackson v. State | Robbery |
| 05-19-00987-CR | Brandon Charles Sampson v. State | Murder |
| 05-19-01319-CR | Xavior Devon Collier v. State | Agg. robbery deadly weapon |
| 05-19-01320-CR | Xavior Devon Collier v. State | Evading arrest |

The focus of the March 26, 2020 argument will be on the propriety of filing an *Anders* brief in this aggravated sexual assault of a child case tried to a jury. Nevertheless, the Court reserves the right to raise general questions about the other cases on appeal.

We **ORDER** appellate counsel Sharita Blacknall to appear and present oral argument at the above mentioned date, time, and place.

We **DIRECT** the Clerk to send a copy of this order via electronic transmission to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; to counsel Sharita Blacknall; and to the Dallas County District Attorney. We also **DIRECT** the Clerk to send a copy of the order to Sharita Blacknall via certified mail at the address listed for counsel in our records.

/s/     LANA MYERS
            PRESIDING JUSTICE